**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NINOSHKA GUTIERREZ and
EDWARD MUNIZ,

       Plaintiffs,

vs.                                    CASE NO. 6:12-CV-554-ORL-19KRS

UNIVERSAL TAX, LLC., and
JAKELINE LUMUCSO,

       Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 35, filed January 11, 2012) and Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 36, filed October 10, 2012). Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 35) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Edward Muniz's Settlement Agreement (Doc. No. 34, filed September 4, 2012) is **GRANTED IN PART.** The Court **DECLINES** to approve the confidentiality provisions of the settlement agreement and declines to reserve jurisdiction to enforce the settlement agreement. With those exceptions, the settlement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues.

Counsel for Plaintiff Edward Muniz is **PROHIBITED** from withholding any portion of the $2,500.00 payable to Plaintiff Muniz under the settlement agreement pursuant to a contingent fee agreement or otherwise. Counsel for Plaintiff Muniz is further **ORDERED** to provide a copy of this Order to Plaintiff Muniz.

**DONE AND ORDERED** at Orlando, Florida, this ___14th___ day of October, 2012.

*[Signature: Patricia C. Fawsett]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record