**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NINOSHKA GUTIERREZ and
EDWARD MUNIZ,

    Plaintiffs,

vs.             CASE NO. 6:12-CV-554-ORL-19KRS

UNIVERSAL TAX, LLC., and
JAKELINE LUMUCSO,

    Defendants.

_____

<u>ORDER</u>

   This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 35, filed January 11, 2012) and Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 36, filed October 10, 2012). Upon consideration, it is

   **ORDERED** that the Report and Recommendation (Doc. No. 35) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Edward Muniz's Settlement Agreement (Doc. No. 34, filed September 4, 2012) is **GRANTED IN PART.** The Court **DECLINES** to approve the confidentiality provisions of the settlement agreement and declines to reserve jurisdiction to enforce the settlement agreement. With those exceptions, the settlement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues.

   Counsel for Plaintiff Edward Muniz is **PROHIBITED** from withholding any portion of the $2,500.00 payable to Plaintiff Muniz under the settlement agreement pursuant to a contingent fee agreement or otherwise. Counsel for Plaintiff Muniz is further **ORDERED** to provide a copy of this Order to Plaintiff Muniz.

**DONE AND ORDERED** at Orlando, Florida, this ___14th___ day of October, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record